# Third District Court of Appeal
## State of Florida

Opinion filed March 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0023
Lower Tribunal No. 22-13921-CA-01
_____

**Gordon Venters,**
Appellant,

vs.

**Paul James Holding, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

Florida Litigation Group, and Inger M. Garcia (Loxahatchee), for appellant.

Assouline & Berlowe, P.A., and Eric N. Assouline and Francisco J. Barreto, for appellee.

Before EMAS, LOGUE, and GOODEN, JJ.

PER CURIAM.

Affirmed.  <u>See</u> § 517.211(1), Fla. Stat. (providing that "[e]ach person making the sale [of unregistered securities] and every director, officer, partner, or agent of or for the seller, if the director, officer, partner, or agent has personally participated or aided in making the sale, is jointly and severally liable to the purchaser in an action for rescission, if the purchaser still owns the security, or for damages, if the purchaser has sold the security"); <u>Musolino v. Yeshiva Machzikei Hadas Belz</u>, 137 F. App'x 321, 323 (11th Cir. 2005) ("Failure to register [a security] results in strict liability for the recision of the transactions." (citing § 517.211(1), Fla. Stat.)).